## Commonwealth *v.* Jones, Appellant.

Submitted March 15, 1971. *Robert W. Geigley,* for appellant; *Oscar F. Spicer,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Keadle, Appellant.

Submitted March 8, 1971. *John R. Walker,* Assistant Public Defender, for appellant; *Edward S. Newlin,* Second Assistant District Attorney, and *Jay L. Benedict,* District Attorney, for Commonwealth, appellee.

Order affirmed.